IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN H. CHUBB,

    Plaintiff,

v.                                                      CASE NO. 1:07-cv-00105-MP-AK

JAMES R. MCDONOUGH,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 22, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's amended complaint, Doc. 9, be dismissed for failure to prosecute this case. The Magistrate Judge filed the Report and Recommendation on Monday, June 23, 2008. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has made. In this instance, however, no objections were filed.

By prior order, Plaintiff was directed to file a second amended complaint no later than January 16, 2008. When Plaintiff failed to do so, the Magistrate ordered Plaintiff to show cause for this failure. Because Plaintiff has not responded to the show cause order, the Magistrate recommends that this case be dismissed for failure to prosecute. The Court agrees with the Magistrate. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation, Doc. 22, is adopted and incorporated by reference in this order.

2. Plaintiff's amended complaint, Doc. 9, is DISMISSED with prejudice.

**DONE AND ORDERED** this  *22nd* day of July, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge